**Stanley MOORE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 72248.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 10, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 20, 1998.

David Hemingway, Asst. Sp. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

## ORDER

PER CURIAM.

Stanley Moore, Movant, appeals from the judgment denying his Rule 24.035 motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find the motion court's judgment is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion setting forth the reasons for our decision for the use of the parties only. We affirm the judgment pursuant to Rule 84.16(b).